# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE A. GOUDY, | : | |
|     Petitioner, | : | |
| | : | CIVIL ACTION NO. 1:18-CV-2419 |
| v. | : | |
| | : | Judge Sylvia H. Rambo |
| PA STATE ATTORNEY | : | |
| GENERAL, *et al.*, | : | |
|     Respondents. | : | |

## **ORDER**

Before the Court for disposition is Magistrate Judge Martin C. Carlson's Report and Recommendation (ECF No. 7), which recommends that Petitioner Dwayne A. Goudy's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 be transferred to the United States District Court for the Eastern District of Pennsylvania. Objections to the Report and Recommendation were due on February 11, 2019, but no such objections have been filed.

In considering whether to adopt the Report and Recommendation, the Court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error). Following an independent review of the record, the Court is satisfied that the Report and

Recommendation contains no clear error, and will therefore adopt the Report and Recommendation to transfer this matter to the Eastern District of Pennsylvania. Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (ECF No. 7) is **ADOPTED**.

2. The Clerk of Court is **DIRECTED** to transfer this case to the United States District Court for the Eastern District of Pennsylvania.

3. The Clerk of Court shall **CLOSE** the file in this district.

s/Sylvia H. Rambo  
SYLVIA H. RAMBO  
United States District Judge

Dated: March 21, 2019