IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE A. GOUDY, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | No. 19-1228 |
| v. | : | |
| | : | |
| MARK GARMAN, et al., | : | |
|     Defendants. | : | |

## ORDER

This 29th day of May, 2020, pursuant to 28 U.S.C. § 636(b)(1)(C), after review of the Report and Recommendation ("R&R") issued by the Honorable Carol Sandra Moore Wells (ECF 24) and consideration of Petitioner Dwayne Goudy's Objections to the R&R (ECF 29), it is hereby **ORDERED** that the R&R is adopted. Goudy's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**, with prejudice, and without issuance of a Certificate of Appealability.

                                                                /s/ Gerald Austin McHugh
                                                                United States District Judge