# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE A. GOUDY, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | No. 19-1228 |
| v. | : | |
| | : | |
| MARK GARMAN, et al., | : | |
|     Defendants. | : | |

## ORDER

This 21st day of July, 2020, pursuant to 28 U.S.C. § 636(b)(1)(C), after review of the Report and Recommendation ("R&R") issued by the Honorable Carol Sandra Moore Wells (ECF 24) and consideration of Petitioner Dwayne Goudy's Objections to the R&R (ECF 29), it is hereby **ORDERED** that the R&R is adopted. Goudy's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**, with prejudice, and without issuance of a Certificate of Appealability.

Chambers shall serve this Order and accompanying Memorandum by First Class mail upon Plaintiff Dwayne A. Goudy, JL-3160, at SCI Rockview, Special Mail - Open Only in the Presence of the Inmate, 1 Rockview Place, Bellefonte, PA 16823-0820, posted this same date.

/s/ Gerald Austin McHugh
United States District Judge